# Third District Court of Appeal

## State of Florida

Opinion filed October 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0699
Lower Tribunal No. 17-15534
_____

**Jason Aaron Prescott,**
Appellant,

vs.

**Erika Medillin Prescott, et al.,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Sandy T. Fox, P.A., and Sandy T. Fox, for appellant.

Barry S. Franklin & Associates, P.A., and Barry S. Franklin, for appellees Barry S. Franklin & Associates, P.A.

Before FERNANDEZ, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.